COURT OF APPEALS
SIXTH APPELLATE DISTRICT
STATE OF TEXAS

FILED IN
The Court of Appeals
Sixth District

DEC 1 8 2015

Texarkana, Texas
Debra K. Autrey, Clerk

SHUGART, Ricky J.,
Appellant

VS

THOMPSON, David,
UNKNOWN DEPUTIES, &
SHERIFFS DEPARTMENT
OF FANNIN COUNTY,
Appellees.

§
§
§
§
§
§
§
§
§
§
§

APPEAL NO. 06-15-00101-CV
DIST. COURT NO. CV-15-42338

MOTION PURSUANT TO RULE 281(e)
TEX. RULES OF APPEALLATE PROCEDURES

## MOTION FOR APPEAL TO BE TAKEN ON THE RECORD, AND PERMISSION TO OMIT CASE LAW EXCERPTS FROM APPENDIX

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES Now Appellant, pro se prisoner of Texas Dep't of Corrections' (TDC), and requests permission to take appeal on the original record and omit case law excerpts on the grounds Petitioner is in forma pauperis, TDC absolutely prohibits copy machine use (own copy made by carbon paper), prohibits copying of case law, and Petitioner is near penniless and cannot afford the costs of such appendixes.

WHEREFORE, your Appellant humbly requests this Court to grant an Order that this appeal be taken on the original record and grant him permission to omit case law excerpts from the appendix.

Dated this 9th day of December, 2015.

_Certificate of Service_

I, Ricky J. Shugart, hereby certify under penalty of perjury a true & correct copy of this document has been mailed 1st Class to Att. James Tidwell, 320 N Travis St STE 205, Sherman TX 75090 on this date. _Ricky J. Shugart_ (Carbon Copy)

RICKY J SHUGART, PRO SE
TDCJ #1917471-BETO
1391 FM 3328
Tennessee Colony TX 75880